UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 21-3693-MWF(JEMx)**                              Dated: **March 22, 2022**

Title:      Wyntergrace Williams -v- City of Los Angeles, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Joint Report regarding settlement [35] filed March 16, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for May 16, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                              Initials of Deputy Clerk    rs
CIVIL - GEN

-1-