JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNTERGRACE WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, BRYAN DAMEWORTH, and DOES 2-10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 21-3693-MWF (JEMx)<br><br>*Honorable Michael W. Fitzgerald*<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION** |

Pursuant to the Stipulation of the parties filed on or about April 26, 2022, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: April 26, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge